**Samuel A. MIDDLETON; et al., Petitioners—Appellants,**

v.

**WASHINGTON STATE DEPARTMENT OF CORRECTIONS, Respondent—Appellee.**

No. 02–35596.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2004.*

Decided July 15, 2004.

Samuel A. Middleton, Steilacoom, WA, pro se.

David Lee Sykes, Steilacoom, WA, pro se.

John A. Cole, Steilacoom, WA, pro se.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, THOMAS, and BYBEE, Circuit Judges.

### MEMORANDUM **

Washington state prisoners Samuel A. Middleton, David Lee Sykes, and John A. Cole appeal pro se the district court's judgment dismissing their petition for a writ of audita querela or, alternatively, for a writ of habeas corpus under 28 U.S.C. § 2241. We have jurisdiction pursuant to 28 U.S.C. §§ 1291 and 2253.

A petition for a writ of audita querela is unavailing to appellants because the appropriate vehicle for their challenge to the prison transfer is a 28 U.S.C. § 2254 petition. *See White v. Lambert,* 370 F.3d 1002, 1005 (9th Cir.2004); *cf. United States v. Valdez–Pacheco,* 237 F.3d 1077, 1079–80 (9th Cir.2001) (per curiam) (holding that a federal prisoner may not challenge a conviction or sentence by way of a petition for a writ of audita querela when that challenge is cognizable under 28 U.S.C. § 2255).

Even construing appellants' petition as a § 2241 or a § 2254 petition, appellants' contentions regarding their temporary transfer out of state to a private correctional facility lack merit. *See White,* 370 F.3d at 1013.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).